UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
LARRY MCNAIR,                                   :

                Plaintiff,      :

    -against-                                       :

ACTING N.Y.S.D.O.C. COMMISSIONER :
ANTHONY J. ANNUCCI, ET AL,

                               :

                Defendants.
------------------------------------------------------X

17CV09568 (NSR)

[PROPOSED] ORDER

 Whereas, plaintiff Larry McNair (DOB January 15, 1963) filed a complaint in the instant action on or about December 5, 2017, alleging that in or about November 2017, while incarcerated at Downstate Correctional Facility ("Downstate"), he was physically assaulted, denied medical/dental care, and was sexually harassed by the defendants.

 Whereas, the Office of the New York State Attorney General ("OAG"), counsel for the defendants herein, has represented to the Court that on October 2, 2019, it attempted to contact the plaintiff at the telephone number listed by him on the Court's Docket sheet. At that time, a woman who identified herself as Lisa Stevens, plaintiff's long-time girlfriend and the owner of the apartment plaintiff was residing in, advised OAG that plaintiff had passed away on August 9, 2019.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2019

It is hereby ordered that The New York City Department of Health and Mental Hygiene shall produce to the OAG all documents and information pertaining to the death of the plaintiff in this matter on or about August 9, 2019.

Dated: White Plains, New York
        December 11, 2019

_____
Nelson S. Roman
United States District Court Judge

## DECLARATION OF SERVICE

NEIL SHEVLIN, hereby declares as follows:

That he is more than 18 years old and employed as an Assistant Attorney General in the office of LETITIA JAMES, the Attorney General of the State of New York, Attorney for Defendants herein. On the 9th day of December, 2019, he served the annexed **[PROPOSED] ORDER**, upon the following named person:

Larry McNair
2070 7th Avenue
Apt. 5S
New York, New York 10027

Pro se plaintiff in the within entitled action, by depositing a true and correct copy thereof, properly enclosed in a post-paid wrapper, in a post-office box regularly maintained by the United States Postal Service at 28 Liberty Street, New York, New York 10005, directed to said Pro se plaintiff at the address within the State designated by him for that purpose.

I hereby affirm under penalty of perjury that the foregoing is true and correct.

Executed on December 9, 2019

                                                /s/ Neil Shevlin
                                                NEIL SHEVLIN